IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

GERMAN A. AVILA          CASE NO.    15-10570-LMI

    Debtor.              CHAPTER    13
_____/

**OBJECTION TO CONFIRMATION OF PLAN**

Creditor, Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-8, objects to Debtor's Plan and states:

1. Creditor holds a secured claim by virtue of its note and mortgage on the property located at 15401 SW 144th Ave, Miami, Florida 33177 ("Property").

2. Creditor intends to timely file a Proof of Claim.

3. Debtor's Plan indicates an intention to mediate with Creditor through the Loss Mitigation Mediation Program.

4. Upon information and belief the Property is the Debtor's principal residence.

5. Pursuant to 11 U.S.C. §1322(b)(2) Debtor may not modify the rights of Creditor as Creditor's claim is secured by Debtor's principal residence.

6. Creditor has the right to inquire further into the Debtor's ability to be eligible for a loan modification either before or during the mediation process.

7. If a mediation is had and results in an impasse or denial of the modification, Creditor's claim should be paid in full or the property surrendered.

8. Creditor reserves the right to supplement this Objection, as necessary.

**WHEREFORE**, Creditor respectfully requests the Court sustain its Objection and for such other and further relief as the Court deems appropriate.

Dated: February 2, 2015

                                              */s/ Austin M. Noel, Esq.*
                                              Austin M. Noel, Esq.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail to the parties below this 2nd day of February, 2015.

                                          **BUCKLEY MADOLE, P.C.**

                                          */s/ Austin M. Noel, Esq.*
                                          Austin M. Noel, Esq.
                                          Florida Bar Number 106539
                                          Buckley Madole, P.C.
                                          P.O. Box 22408
                                          Tampa, FL 33622
                                          Telephone: 813-774-6221
                                          Fax: 813-774-6221
                                          bkfl@buckleymadole.com

**VIA REGULAR MAIL**
German A. Avila
15401 SW 144 Avenue
Miami, FL 33177-1063

**VIA CM/ECF NOTICE**
Robert Sanchez ESQ.
355 W 49th St
Hialeah, FL 33012-3715

**Chapter 13 Trustee**
Nancy K. Neidich
Post Office Box 279806
Miramar, Florida 33027