UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   German Avila                                            CASE NO.: 15-10570-LMI
                                                                 Chapter 13

            Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Verified Ex Parte Motion for Referral to Mortgage Modification Mediation with Specialized Loan Servicing, LLC [ECF #16] and Order Granting Debtor's Verified Motion for Referral to Mortgage Modification Mediation with Specialized Loan Servicing, LLC [ECF #21] were sent to all parties on the service list on this 6th day of February, 2015.

| | |
|---|---|
| Debtor, German A. Avila<br>15401 SW 144 Avenue<br>Miami, FL 33177-1063 | Lender:<br>Specialized Loan Servicing, LLC,<br>c/o John Beggins, CEO,<br>8742 Lucent Blvd., Suite 300,<br>Highlands Ranch, CO 80129 |
| Bank of New York Mellon, Inc.<br>c/o Gerald Hassell, CEO<br>1 Wall Street<br>New York, NY 10286<br>Bank of New York Mellon, Inc. | Bank of New York Mellon, Inc.<br>CT Corporation System, R.A.<br>1200 S. Island Road<br>Plantation, Florida 33324 |

Sent electronically to Attorney for Lender:
Austin M. Noel, Esq.
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622

                                        Respectfully Submitted:

                                        **ROBERT SANCHEZ, P.A.**
                                        Attorney for Debtor
                                        355 West 49th Street
                                        Hialeah, FL 33012
                                        Tel. 305-687-8008
                                        By:/s/ Robert Sanchez_____
                                             Robert Sanchez, Esq., FBN#0442161