RE: __German A Avila__    ☐ **PRO SE**    Case # __15-10570 LMI__

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

__X__ Tax returns: 2012 2013 [2014] Corp 2012 2013 2014
__X__ Bank Account Statements ☐ 3 months pre-petition
 #7118 /0541 (1/7 - 1/12/15)
 #6341 (10/12 - 12/12/14)

___ ☐ Photo ID(s) ☐ LF 90 ☐ LF67 ☐ LF10
___ Domestic Support Info: name address and phone
___ Affidavits of _____ support _____ rent
___ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy
__X__ Other provisions ☐ IVL ☐ 100% ☐ lawsuit ☐ lease
___ ☐ gambling ☐ HAMP ☒ LMM/MMM

__X__ Check copy Acct 7118 #690 - $1000
___ Explain W/D
___ FMV(NADA/Carmax), Reg and Payoff:Vehicles
___ FMV and Payoff: Real Estate
___ Non homestead Information Sheet
__X__ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments ☐ Profit & Loss ☐ Balance Sheet
___ Bank statements and checks ☐ 3 months _____

___ Plan does not fund
___ Calculation errors/improper months _____
___ Valuation motion ☐ not filed ☐ not resolved
___ LMM/MMM motion ☐ not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
___ Object or Conform to Proof of Claim
 ___ Miami-Dade County   ___ Tax Certificate(DE#___)
 ___ Dept of Revenue      ___ IRS

☐ Notice of Filing HAMP ☐ Other_____

Reviewed documents received prior to __2/5/15__
(Do not "resend" late documents without first calling the Trustee's office)

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors.

> **NOTICE:** Each debtor(s) is required to appear at the meeting of creditors with an original social security card and government-issued photographic identification card. Each debtor must complete a written questionnaire prior to the meeting of creditors which will become part of their testimony. This questionnaire must be handed to the Trustee or her staff attorney prior to the commencement of the meeting. In addition, debtors are cautioned to bring evidence that they have made all payments due under the proposed plan to the meeting of creditors.

Request for continuance must be directed to the Trustee and are only for emergencies. LR 2003-1. The party requesting the continuance has the burden to notice to all creditors. LR 2002-1(C)(3) Failure to appear may result in a dismissal order (see notice of commencement).

   I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806,
MIRAMAR, FL 33027
(954) 443-4402

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*