UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   German Avila                                   CASE NO.: 15-10570-LMI
                                                        Chapter 13

   Debtor(s)/

**DEBTOR'S NOTICE OF SELECTION OF MORTGAGE MODIFICATION MEDIATOR**

Pursuant to the Mortgage Modification Mediation (MMM) procedures adopted under Administrative Order 14-03, this Notice is filed by the Debtor to notify the court on the status of the selection of mediator in the above referenced case.

☐   1.   The parties agree to and select the following Mediator:

_____
Name of Mediator
_____
COMPANY
_____
City, State, Zip Code
_____
Telephone
email:_____

☒   2.   The Lender,  Specialized Loan Servicing, LLC, failed to contact the Debtor within the time prescribed in the order of referral, and has therefore waived the right to participate in the mediator selection process.  The Debtor has selected the following Mediator:

Pelayo M. Duran, Esq.
4640 NW 7th Street
Miami, FL 33126
305-266-9780
pduran@pelayoduran.com

☐   3.   The parties have conferred but are unable to agree upon the selection of a mediator, and Debtor requests that the clerk select a mediator from the clerk's Mediation Register.

**CERTIFICATE OF SERVICE**

MMM-LF-11(08/01/14)

I HEREBY CERTIFY that a true and correct copy of the Notice of Selection of Mortgage Modification Mediator was served by U.S. first class mail upon the parties listed below on   February 23, 2015   .

                                          ROBERT SANCHEZ, P.A.
                                        Attorney for Debtor(s)
                                        355 West 49th Street
                                        Hialeah, FL 33012
                                        Tel. 305-687-8008
                                        By:/s/ Robert Sanchez_____
                                        Robert Sanchez, Esq., FBN#0442161
                                        court@bankruptcyclinic.com

Copies to:
Debtor: German A Avila, 15401 SW 144 Avenue, Miami, FL 33177-1063
Lender: Specialized Loan Servicing, LLC, c/o John Beggins, CEO, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129
[Attorney for Lender] Austin M. Noel, Esq., bkfl@buckleymadole.com, Buckley Madole, P.C., P.O. Box 22408, Tampa, FL 33622
The Mediator: Pelayo M. Duran, Esq., pduran@pelayoduran.com

MMM-LF-11(08/01/14)