RE: __German A Avila__        ☐ PRO SE        Case # __15-10570 LMI__

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Corp 2012  2013 2014
___ 3 months pre-petition
X Bank stmts
#6341 (10/12 - 12/11/14)

___ Explain W/D
___ FMV(NADA/Carmax), Reg and Payoff: Vehicles
___ FMV and Payoff: Real Estate
___ Non homestead Information Sheet
___ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments ☐ Profit & Loss ☐ Balance Sheet
___ Bank statements and checks ☐ 3 months

___ Photo ID(s)  ☐ LF 90  ☐ LF67  ☐ LF10
___ Domestic Support Info: name address and phone
___ Affidavits of _____ support _____ rent
___ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy
    Other provisions ☐ IVL ☐ 100% ☐ lawsuit ☐ lease
    ☐ gambling ☐ HAMP
___ Plan does not fund
___ Calculation errors/improper months _____
___ Valuation motion  ☐ not filed  ☐ not resolved
___ LMM/MMM motion  ☐ not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
___ Object or Conform to Proof of Claim
    ___ Miami-Dade County    ___ Tax Certificate(DE#___)
    ___ Dept of Revenue        ___ IRS

☐ Notice of Filing HAMP ☐ Other _____

___ Fee application (see court guideline 6)
___ Income understated ___ stubs ___ taxes
    co-debtor ___ stubs ___ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address) and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof

___ D/I > 100%  < 90%  Feasibility
___ Info on transfer SOFA #3 #10 undisclosed
    ___ Tolling Agreement(s)

X **Objection to Exemption** (specifics to be filed)
___ To be heard with confirmation at 1:30 pm
X Ch 7 s/b $18,100.48 (includes
___ Good faith to unsecured    tax refund)
___ Expenses: documentation/calculation: CMI line

_____
_____ X MMMA
CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $___
___ Undervalued collateral should be crammed down

Other: _____

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

***IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.***
*The debtor or debtor's attorney must appear at the confirmation hearing*
\*\*\*The Trustee's recommendation for the confirmation hearing on  April 7, 2015   is as follows:
Continue to 5/5
15-10570
For 5/5 calendar, the following docs must be received by 5PM on 4/17 to avoid dismissal: a) bank stmts #6341 (10/12-12/11), b) amend plan to pay CH7 of $18,100.48

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by,
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402