UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   German Avila                                              CASE NO.: 15-10570-LMI
                                                                                    Chapter 13

            Debtor            /

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY,** that a true and correct copy of the Agreed Order To Employer to Deduct and Remit and for Related Matters [ECF 31] was sent to all interested parties on April 3, 2015 as follows:

Electronically:

Nancy N. Neidich, Trustee

Via First Class Mail:

Debtor, German A Avila,
15401 SW 144 Avenue,
Miami, FL 33177-1063

M.C.K. Personnel, Inc.
ATTN: Payroll Department
2815 John F. Kennedy Boulevard, 2nd Floor
Jersey City, NJ 07306

                Respectfully Submitted:
                **ROBERT SANCHEZ, P.A.**
                Attorney for Debtor
                355 West 49th Street
                Hialeah, FL 33012
                Tel. 305-687-8008

                By:/s/ Robert Sanchez
                Robert Sanchez, Esq., FBN#0442161