

ORDERED in the Southern District of Florida on April 14, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

German A Avila

         Debtor.
_____/

CASE NO.    15-10570

ORDER CONTINUING CONFIRMATION HEARING
AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE

    THIS CASE came on to be heard on April 7, 2015 , upon the Confirmation Hearing of the Chapter 13 Case, and based on the record, it is
ORDERED as follows:

    1. The Confirmation Hearing is continued to May 5, 2015 at 1:35 PM in Courtroom 8 at the United States Bankruptcy Court, Southern District of Florida, 301 North Miami Avenue Miami, FL 33128.

    The debtor must provide the following documents to the Trustee so they are RECEIVED prior to **April 17, 2015** or file the required amendments with the Court on or before April 17, 2015

    a) bank stmts #6341 (10/12-12/11), b) amend plan to pay CH7 of $18,100.48

2. The Debtor is hereby ordered to make interim payments to the Chapter 13 Trustee in accordance with the proposed Chapter 13 Plan.

3. All interim payments which have been made or shall be made to the Chapter 13 Trustee shall be non-refundable. The Trustee is hereby authorized to disburse such funds in accordance with the proposed plan, less all applicable Trustee's fees and costs on each such disbursement.

4. If confirmation of the Chapter 13 Plan is denied and the case dismissed or converted, the Chapter 13 Trustee shall disburse any and all interim payments to the administrative, priority and secured creditors on a pro rata basis, in conformance with the last filed plan prior to dismissal, less any and all fees and costs.

### 

NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE,
P.O. BOX 279806, MIRAMAR, FL 33027-9806

Nancy N. Herkert, Esq shall serve a copy of this order on the debtor's attorney through NEF and a copy of this order on the debtor by First Class US Mail to:

German A Avila
15401 SW 144 Avenue
Miami, FL 33177-1063