RE:    German A Avila                                                      Case Number 15-10570

**AMENDED TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION**
The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter
requesting documents and prior deficiencies and thus objects as follows  (If this case is dismissed, this deficiency is an
objection to reinstatement until all documents are received or all issues are addressed):

**IF THIS CASE IS NOT DISMISSED**, A WRITTEN RESPONSE TO ISSUES RAISED AND/OR DOCUMENTS
REQUESTED BELOW MUST BE <u>RECEIVED</u> BY 5PM AT LEAST FIFTEEN DAYS (NOT INCLUDING
HOLIDAYS) PRIOR TO THE NEXT CONFIRMATION HEARING TO AVOID DISMISSAL.  Please note:
documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be
considered as there is not sufficient time for an additional review of this case.  **Call the Trustee's office prior to "re-
sending" untimely documents that  were received less than 15 days prior to the confirmation hearing.**  *The
Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee*

***The debtor or debtor's attorney must appear at the confirmation hearing even if they pre-hear with the Trustee.*  The
debtor may be dismissed for failure to fund the plan if they are delinquent in payments.  The Court may dismiss
this case if no one appears to represent the debtor at  the confirmation hearing.**

---

IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S, THE DEBTOR'S ATTORNEY
MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE LAST
BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO SEEK A RESOLUTION OR THE
RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR. **The Trustee may object to the
appearance of coverage counsel if her recommendation is contested and the attorney of record did not contact
her office to seek resolution**

---

========================================================================

*Recommendation for May 5, 2015 hearing is based on documents/amended received/filed by April 17, 2014  at 5PM (Call the
Trustee's office prior to "re-sending" untimely documents )*

DISMISS UNLESS on or before noon on 5/1/15 amend plan to pay $15,221.04 or provide one year pre-petition
bank statements
DOCUMENTS REQUIRED BY NOON ON 5/1 OR DISMISS

    I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or  by U.S. First
Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
                                    Submitted by
                                    NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
                                    P.O. BOX 279806, MIRAMAR, FL 33027                    (954)  443-4402