B 210A (FORM 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 15-10570-LMI
CHAPTER 13

IN RE:
German A Avila
*aka* German Avila
*aka* Auila German Urraco
*aka* German Antonio Avila
*aka* German Auila Avila, Sr.
*aka* German Avila, Sr.
*aka* German Urraco Auila
*aka* Tonyila Av
*aka* German A Avila, Sr.,
Debtor(s).
_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Bank of America N.A.**
Name of Transferee
Name and Address where notices to transferee should be sent:
**Bank of America N.A.**
PO Box 31785
Tampa, FL 33631-3785
Phone: 1-800-669-6607

Last Four Digits of Acct #: 9134

Name and Address where transferee payments should be sent (if different from above):
**Bank of America, N.A.**
PO Box 660933
Dallas, TX 75266-0933
Phone: 1-800-669-6607
Last Four Digits of Acct #: 9134

The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-8 c/o **Specialized Loan Servicing LLC**.
Name of Transferor
Court Claim # (if known): 1-2
Amount of Claim: $330,236.01
Date Claim Filed: 01/30/2016

Phone: 1-800-315-4757

Last Four Digits of Acct. #:3623

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 4/11/16
Transferee/Transferee's Agent
*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Transfer of Claim was delivered to the addresses on the attached mailing list by First Class U.S. mail postage pre-paid, and/or by Electronic Filing this ___11___ day of April, 2016.

**German A Avila**
15401 SW 144 Avenue
Miami, FL 33177-1063

**Robert Sanchez, Esq**
355 W 49 St.
Hialeah, FL 33012

**Nancy K. Neidich,** *Trustee*
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By: _____
☐ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Taji Foreman, Esq., Fla. Bar No.: 58606