UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:        German Avila                    Case No. 15-10570-LMI
                                              Chapter 13

_____Debtor(s)_____/


**EX PARTE MOTION TO APPROVE MORTGAGE MODIFICATION
AGREEMENT WITH Bank of America / Specialized Loan Servicing, LLC**

The above-referenced Debtor requests the Court enter an Order approving the Mortgage Modification Agreement with  Bank of America / Specialized Loan Servicing, LLC  ("Lender") and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") on   January 30, 2015   (ECF #   21   ).

2. The final MMM conference was held on   June 9, 2015  .

3. The MMM Mediator filed a Final Report of Mortgage Modification Mediator on  June 10, 2015    (ECF #   51   ), reporting the parties reached an agreement.

4. On or about January 7, 2016, the Debtor and the Lender entered into a final modification agreement.

5. Attached is a copy of the Final Agreement entered into between the parties (with all personal identifiers redacted)**.**

6. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

   **[For chapter 13 cases only]:**

7. Pursuant to the Agreement, the Debtor shall amend/modify the last filed chapter 13

plan on or before  _July 14, 2016___  to provide for the payment.

8. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

9. The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE, the** Debtor requests the Motion to Approve Mortgage Modification Agreement with __Bank of America /  Specialized Loan Servicing, LLC_____("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Mortgage Modification Agreement with _Bank of America/ **Specialized Loan Servicing, LLC**, was served by U.S, first class mail, upon the parties listed below on  _June 13, 2016__ .

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Bank of America. N.A.          Kahane & Assoc. PA, ATTN: Marc Granger
PO BOX 31785                   8201 Peters Road, Suite 3000
Tampa, FL 33631-3785           Plantation, FL 33324

Copies to: [all parties to mediation]