UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
**German A Avila**,                                           Case No. **15-10570-LMI**
    Debtor(s)                                                Chapter 13
_____/

## DEBTOR'S MOTION TO MODIFY, EARLY PAY OFF OF CHAPTER 13 PLAN, AND REQUEST FOR DISCHARGE

**COMES NOW,** the Debtor, German A Avila, by and through his undersigned counsel and files this Motion to Modify, Early Pay Off of Chapter 13 Plan, and Request for Discharge and as grounds states as follows:

1. On or about January 12, 2015 the instant case was filed.

2. On or about July 21, 2015 debtor's third amended chapter 13 plan was confirmed.

3. The Debtor was participating in this Court's MMM program with Creditor The Bank of New York Mellon, then serviced with Select Portfolio Servicing, LLC and now serviced with Bank of America, N.A.

4. On or about January 30, 2016, the Debtor and the Creditor finalized a modification agreement.

5. The Plan is now on month 19 and is drafted to be paid off early on month 20.

6. The Debtor will continue to pay the finalized modification agreement directly to the lender upon the final plan payment to the Trustee.

7. Furthermore, the deadline to file regular and governmental claims has now passed.

8. Debtor wishes to modify the plan to pay 100% to all allowed, timely-filed claims.

9. The only claim filed was for the above-mentioned secured Creditor.

10. Attached hereto is a copy of the First Modified Plan which undersigned counsel has filed.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's First Modified Plan, Allowing Debtor to Pay Off the Chapter 13 Plan Early, Issue a Discharge Thereafter, and such relief consistent with this request for relief.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF and U.S. Mail this <u>18th day of August 2016</u>:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:<u>/s/ Robert Sanchez</u>
    Robert Sanchez, Esq., FBN#0442161